IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT AND EDUCATIONAL FUNDS,<br>                     Plaintiffs,<br><br>          v.<br><br>CUSTOM TOPS & CABINETS, INC.<br>                     Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 02-5131<br>:<br>:<br>: |

**PRAECIPE FOR ENTRY OF DEFAULT**

TO THE CLERK:

Please enter default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure in favor of Plaintiffs and against the Defendant, Custom Tops & Cabinets, Inc. in the above-captioned matter for failure to plead or otherwise defend in answer to the Plaintiff's Complaint, and for failure to appear.

Defendant was properly served with the Complaint in this action, as set forth in the previously filed Affidavit of Service of Process.

**WHEREFORE,** Plaintiffs request that default be entered on the docket in the above-captioned matter in their favor and against Defendant, Custom Tops & Cabinets, Inc.

Respectfully submitted,

Date: September 6, 2002

**O'DONOGHUE & O'DONOGHUE**
Constitution Place, Suite 515
325 Chestnut Street
Philadelphia, PA 19106
Telephone (215) 629-4970
Facsimile (215) 629-4996

By: _____
     Robert P. Curley
     Attorney I.D. No. 55760

By: _____
     David D. Capuano
     Attorney I.D. No. 70238

Attorneys for Plaintiffs