IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, ETC. | : : : : | CIVIL ACTION |
| v. | : : | |
| CUSTOM TOPS & CABINETS, INC. | : | NO. 02-5131 |

**O R D E R**

      AND NOW, this 8th day of October, 2002, it is ORDERED that a hearing on the Motion for Entry of Judgment by Default and Motion for Attorney's Fees and Costs is scheduled for October 29, 2002, at 9:45 a.m., in Courtroom 8A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

      Counsel for plaintiff shall notify defendant of the hearing and be prepared to hand up to the Court a written statement as to the date and manner of service of the notice of said hearing on the party against whom the default has been entered.

ATTEST:                          or    BY THE COURT

BY:_____        _____
    ARLENE L. QUINN               JAMES McGIRR KELLY, J.
    Deputy Clerk

Civ 12 (9/83)